# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAN KAYAIAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FRESNO COUNTY,<br><br>　　　　　　Defendant. | 1:06cv01661 AWI DLB<br><br>ORDER ADOPTING FINDINGS<br>AND RECOMMENDATION<br><br>(Document 4) |

　　　　Plaintiff, appearing pro se, filed the instant civil rights complaint on November 17, 2006.

　　　　On November 21, 2006, the Magistrate Judge issued Findings and Recommendation that the complained be DISMISSED WITHOUT LEAVE TO AMEND. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Plaintiff filed his objections on December 7, 2006.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendation is supported by the record and proper analysis. Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Findings and Recommendations dated November 21, 2006, is ADOPTED IN FULL; and

1

2.      The complaint is DISMISSED WITHOUT LEAVE TO AMEND.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:**     **January 8, 2007**                                    **/s/ Anthony W. Ishii**
0m8i78                                                  UNITED STATES DISTRICT JUDGE